195 So.2d 147

## Succession of Mrs. Fay Wherry STOVALL.

### No. 48568.

#### Feb. 24, 1967.

In re: Victoria Ann McGlothlan, James A. McGlothlan, Jr., and Evelyn Jane McGlothlan applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 193 So.2d 368.

Writ refused. Although the applicants are testamentary heirs (See Article 879 of the Civil Code), it does not appear under the circumstances of this case that the district judge has abused his discretion in his selection of the attorney appointed to represent the testamentary executor.

SUMMERS, J., is of the opinion the result is correct.

195 So.2d 147

## LAKE PROVIDENCE PORT COMMISSION

v.

## BUNGE CORPORATION.

### No. 48566.

#### Feb. 24, 1967.

In re: Lake Providence Port Commission applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of East Carroll. 193 So.2d 363.

Writ refused. According to the facts found by the Court of Appeal there appears no error of law in the judgments complained of.